## 40737. BENVENISTE v. KOETS, INC.

PER CURIAM.

We granted certiorari to consider Division 1 of the Court of Appeals' opinion, 169 Ga. App. 352 (312 SE2d 846) (1983). Upon consideration, the case of *F & C Investment Co. v. Jones,* 210 Ga. 635 (81 SE2d 828) (1954), is overruled, and the opinion of the Court of Appeals is affirmed.

*Judgment affirmed. All the Justices concur, except Smith, J., who dissents.*

DECIDED MAY 1, 1984.

*Stern & Funk, George S. Stern, Shiel G. Edlin,* for appellant. *Timothy J. Sweeney, Perry A. Phillips,* for appellee.

SMITH, Justice, dissenting.

I agree with the views expressed in the dissenting opinion filed in the Court of Appeals. See *Koets, Inc. v. Benveniste,* 169 Ga. App. 352, 356 (312 SE2d 846) (1983) (Birdsong, J.). I therefore dissent.